IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CLEMENT LAZARD AND JACQUELINE SMITH,** | § § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO.** |
| vs. | § § § | |
| **NEWREZ LLC,** | § § § | |
| **Defendant.** | § § | |

## NOTICE OF REMOVAL

Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing removes the action pending in the 239th District Court, Brazoria County, Texas, under Cause No. 133447-CV. Removal is based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332.

### I.    INTRODUCTION

1. On March 19, 2025, plaintiffs Clement Lazard and Jacqueline Smith filed their Original Petition in the 239th District Court, Brazoria County, Texas, under Cause No. 133447-CV.

2. On March 26, 2025, plaintiffs filed an amended petition,

3. The amended petition alleges claims against Newrez for negligence, gross negligence and exemplary damages, non-compliance with the Texas Deceptive Trade Practices Act, and breach of contract. According to the amended petition, plaintiffs' claims center on their allegations that Newrez improperly routed payments for insurance premiums for the property located at 7331 Water Glen Lane, Manvel, Texas 77578; Hurricane Beryl damaged the property; and plaintiffs were not properly insured as a result. They seek actual damages,

prejudgment and postjudgment interest, court costs, attorneys' fees, and other relief.

4. This Court has diversity jurisdiction over this case, as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

## II.   PROCEDURAL COMPLIANCE

5. This notice is timely. *See* 28 U.S.C. § 1446(b) (notice of removal must be filed "within 30 days after receipt by defendant, through service or otherwise, of a copy of the initial pleading"); *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999) (holding 30-day time-period does not accrue until a party is formally served). Newrez was served with citation and a copy of the original petition on March 24, 2025.

6. Copies of the process, pleadings, orders, and other papers of every kind on file with the state court are attached as **EXHIBIT A** in compliance with 28 U.S.C. § 1446(a).

7. Contemporaneous with the filing of this notice, the undersigned served a *Notice Removal of State Court Action* upon plaintiffs as required by 28 U.S.C. § 1446(d), a copy of which (without exhibits) is attached as **EXHIBIT B**. The original of the notice with exhibits is filed with the Clerk of the County Court, 239th District Court, Brazoria County, Texas, Cause No. 133447-CV, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), grounds for removal are set forth below.

## III.   SUMMARY OF GROUNDS FOR REMOVAL

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. Plaintiff Clement Lazard is a citizen of the state of Texas. (Pet. ¶ 2; Am. Pet. ¶ 2) ("Plaintiff CLEMENT LAZARD is an individual residing in Brazoria County, Texas.").

11. Plaintiff Jacqueline Smith is a citizen of the state of Texas (Pet. ¶ 3; Am. Pet. ¶ 3) ("Plaintiff JACQUELINE SMITH is an individual residing in Brazoria County, Texas.").

12. Defendant Newrez LLC is not a citizen of the state of Texas. Because it is a limited liability company, the court looks to its members to determine citizenship. *See Settlement Funding, LLC v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017) ("A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in the litigation.").

13. Newrez LLC is a wholly-owned subsidiary of Shellpoint Partners LLC. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC. Both NRM Acquisition LLC and NRM Acquisition II LLC are wholly-owned subsidiaries of New Residential Mortgage LLC. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp. a Delaware corporation, with its principal place of business in New York.

14. Because Newrez LLC is not a Texas citizen, and plaintiffs Clement Lazard and Jacqueline Smith are Texas citizens, complete diversity exists and removal is proper.

15. The amount in controversy requirement is also met. Plaintiffs specifically plead that they "seek[] monetary relief of over $250,000.00 but not more than $1,000,000." (Pet. ¶ 20; Am. Pet. ¶ 20).

### IV.   VENUE

16. Venue is proper in the Southern District of Texas, Galveston Division pursuant to 28 U.S.C. § 1441(a) because Brazoria County, Texas is located within this district and cases arising from Brazoria County, Texas are properly assigned to the Southern District of Texas. 28 U.S.C. § 124(b)(1).

Having satisfied the requirements for removal under 28 U.S.C. § 1332, defendant Newrez LLC gives notice that Cause No. 133447-CV, now pending in the 239th District Court of Brazoria County, Texas, has been removed to this Court.

DATED this 8th day of April, 2025.

Respectfully submitted,

By: /s/ Melanie D. Morgan
Melanie D. Morgan
Texas Bar No. 24039096
SDTX No: 3827143
mmorgan@atlas-solomon.com
ATLAS SOLOMON LLP
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
Telephone: (725) 315-9587
Fax: (772) 419-8067
**ATTORNEY FOR DEFENDANT NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2025, a true and correct copy of this Notice of Removal was served via the court's electronic e-filing service:

David M. Anderson
danderson@ccatriallaw.com
Stephen P. Carrigan
scarrigan@ccatriallaw.com
Carrigan & Anderson, PLLC
101 N. Shoreline Blvd., Suite 420
Corpus Christi, Texas 78401
klinares@ccatriallaw.com
eguiterrez@ccatriallaw.com
(361) 884-4433
(361) 884-4434 (fax)
**Attorneys for Plaintiffs**

/s/ Melanie D. Morgan
Melanie D. Morgan